NO. 07-04-0030-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



AUGUST 3, 2004



______________________________



ROYCE BICKLEIN, APPELLANT



V.



THE EDUCATION RESOURCES, INC., APPELLEE



_________________________________



FROM THE COUNTY CIVIL COURT AT LAW NO. 3 OF LUBBOCK COUNTY;



NO. 2003-594336; HONORABLE PAULA LANEHART, JUDGE



_______________________________



Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Appellant Royce Bicklein and appellee The Education Resources Institute, Inc. have
filed a joint motion to dismiss this appeal because the parties have reached a settlement. 
The motion is signed by attorneys for both parties. Without passing on the merits of the
case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure
42.1(a)(1) and dismiss the appeal. 

 Having dismissed the appeal at the parties' request, no motion for rehearing will be
entertained and our mandate will issue forthwith.


 James T. Campbell

 Justice






AN>See Tex. R. App. P.
38.8(a)(1) and 42.3(b) and (c).


 Per Curiam 


 
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't
Code Ann. §75.002(a)(1) (Vernon Supp. 2003).